UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                          :

**RAMON CORA**,
                                          :

                    Plaintiff,                 :   **MEMORANDUM DECISION AND**
                                            **ORDER**
– against –                      :

                                            23-CV-9086 (AMD) (LB)

**RENNASSACE MEN SHELTER**, *et al.*,
                                          :

                    Defendant.       :
------------------------------------------------------------- X

**ANN M. DONNELLY**, United States District Judge:

     The *pro se* plaintiff filed this action under 42 U.S.C. § 1983 against the Renaissance Men's Shelter in Brooklyn.[1] On January 22, 2024, the Court dismissed the plaintiff's complaint because the Shelter and its employees are not state actors for purposes of § 1983, and the plaintiff did not allege an underlying constitutional violation. (ECF No. 5.) The Court also granted the plaintiff leave to amend within 30 days of the order. (*Id.*)[2] To date, the plaintiff has not filed an amended complaint and has not engaged in any communication with the Court.

     Accordingly, the Clerk of Court is directed to enter judgment, close this case and to mail a copy of this order to the plaintiff's address. The Court certifies pursuant to 28 U.S.C. § 1915 (a)(3) that any *in forma pauperis* appeal from this order would not be taken in good faith. *Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

---

[1] The Court adopted the plaintiff's spelling of Renaissance as "Rennassace Men Shelter" for the case caption. (ECF No. 5.)

[2] The Court granted the plaintiff's motion for leave to proceed *in forma pauperis* on January 22, 2024. (ECF No. 5.)

**SO ORDERED.**

                                                                                                 s/Ann M. Donnelly

                                                                                                 ANN M. DONNELLY
                                                                                                 United States District Judge

Dated:  Brooklyn, New York
         April 2, 2024